# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Crosscode Inc., | N. Dist. of California Case No.: 3:20-cv-00104-VC |
| *Plaintiff,* | D. Minn. Case No.: 0:20-mc-0050 |
| v. | **NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA** |
| Aditya Sharma, | |
| *Defendant.* | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at a date and time to be determined, Dr. Anshu Sharma will move the United States District Court for an order quashing the subpoena dated June 16, 2020 directing Dr. Anshu Sharma to appear for a testimonial deposition and to produce documents contrary to Rule 45 of the Minnesota Rules of Civil Procedure.

## MOTION

Dr. Anshu Sharma hereby moves the United States District Court, District of Minnesota for an order quashing the Subpoena dated June 16, 2020 and attached hereto as **Exhibit 1** upon the grounds that:

1. The subpoena unduly burdens Dr. Sharma contrary to F.R.C.P. 45(d)(2)(B)(ii). The subpoena is unduly burdensome as Crosscode, Inc. seeks to require Dr. Anshu Sharma to locate and produce documents and appear for deposition without compensation.

2. The subpoena unduly burdens Dr. Sharma as the subpoena gives Dr. Sharma just 16 days to locate, review, and produce documents.

3. The subpoena is overly broad, vague, and unduly burdensome including being overbroad as to time and seeking documents not related to claims in the underlying proceeding. Any documents are subject to marital privilege or attorney client privilege.

4. The subpoena unduly burdens Dr. Sharma as the date for the deposition was selected without consultation with Dr. Sharma for a date that is convenient to her. Dr. Sharma is a physician in the midst of a historic pandemic and cannot appear for deposition at the time required under the subpoena as Plaintiff has selected the date without consultation with Dr. Sharma or her Counsel. Furthermore, Counsel for Dr. Sharma has a previously noticed deposition on July 2, 2020 and cannot attend the deposition as noticed by Crosscode, Inc.

Said Motion shall be based upon the memoranda of law of the parties and all of the files, records and proceedings herein.

Dated: June 30, 2020          BARNA, GUZY & STEFFEN, LTD.


By: *Bradley A. Kletscher*
Bradley A. Kletscher (#239355)
Tyler W. Eubank (#397453)
200 Coon Rapids Boulevard
Suite 400
Minneapolis, MN 55433
(763) 780-8500 (P)
(763) 780-1777 (F)
*Attorneys for Dr. Anshu Sharma*